BRIDGET DEANNE WILSON
3046 FORREST RD
TYLERTOWN, MS 39667

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

1ST FINANCIAL BANK
ATTN: BANKRUPTCY
363 WEST ANCHOR DRIVE
DAKOTA DUNE, SD 57049

ADVANCE AMERICA
1422 DELAWARE AVE
MCCOMB, MS 39648

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

CAINE & WEINER
ATTN: BANKRUPTCY
5805 SEPULVEDA BLVD
SHERMAN OAKS, CA 91411

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

COMENITY BANK
PO BOX 182789
COLUMBUS, OH 43218-2789

CREDENCE RESOURCE
ATTN: BANKRUPTCY
PO BOX 2300
SOUTHGATE, MI 48195

CWS/CW NEXUS
ATTN: BANKRUPTCY
PO BOX 9201
OLD BETHPAGE, NY 11804

GLOBAL LENDING SERVICE
ATTN: BANKRUPTCY
PO BOX 10437
GREENVILLE, SC 29603

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

JACOB LAW GROUP
2623 WEST OXFORD LOOP
OXFORD, MS 38655

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY
PO BOX 939069
SAN DIEGO, CA 92193

MOHELA
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005

NATIONAL CREDIT
ATTN: BANKRUPTCY
PO BOX 3023
HUTCHINSON, KS 67504

PREMIER BANK CARD
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104

SIMPSON LAW FIRM
P.O. BOX 2058
MADISON, MS 39130-2058

SUNBELT FEDERAL CU
ATTN: BANKRUPTCY
6885 US HWY 49
HATTIESBURG, MS 39402

TRUSTMARK
PO BOX 23072
JACKSON, MS 39225-3072

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001